```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
DIGITAL POST INTERACTIVE, INC.              :
                                            :   Case Number: 10 CV 1059 (SAS)
              Plaintiff,                    :   Hon. Shira A. Scheindlin
                                            :
                                            :   **ECF Case**
       -against-                            :
                                            :
1ST SB PARTNERS, LTD., AND                  :
SARAH R. SPENO.,                            :
                                            :
              Defendants.                   :
-----------------------------------------------------------X

## ORDER

This matter is before the Court on the motion of defendants 1st SB Partners, Ltd. and Sarah R. Speno to dismiss portions of plaintiff Digital Post Interactive, Inc.'s complaint.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff Digital Post Interactive, Inc.'s opposition to defendants' motion shall be due on or before April 27, 2010; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that defendants' reply thereto shall be due on or before May 4, 2010.

SO ORDERED:

_____
Hon. Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
       April 14, 2011

NY-778134 v1